▄▄▄ THOMAS A. YELDON, JR., Appellant, v AMERICAN REAL ESTATE HOLDINGS LIMITED PARTNERSHIPS, Defendant, and THE

WIDEWATERS GROUP, INC., Respondent. [761 NYS2d 921] —Appeal from a judgment of Supreme Court, Onondaga County (Centra, J.), entered July 16, 2002, in favor of defendant The Widewaters Group, Inc. upon motion.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Centra, J. Present—Wisner, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.